## 57049. GENINS v. GEIGER et al.

SMITH, Judge.

This appeal presents only a "rehash" of issues previously decided by this court. *Genins v. Geiger,* 144 Ga. App. 244 (240 SE2d 745)(1977). That decision remains the law of the case and disposes of this appeal, adversely to appellant.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

ARGUED JANUARY 15, 1979 — DECIDED MARCH 16, 1979 — REHEARING DENIED MARCH 30, 1979 — 

*R. John Genins, Gregg Loomis,* for appellant.

*Roman A. DeVille, Richard K. Greenstein, Robert Connelly,* for appellees.